

# Fourth Court of Appeals
## San Antonio, Texas

November 3, 2015

No. 04-14-00742-CR

Andres Solis **VIELMA,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 38th Judicial District Court, Uvalde County, Texas
Trial Court No. 2013-09-12304-CR
Honorable Bert Richardson, Judge Presiding

# O R D E R

Appellant filed a pro se motion for extension of time to file a motion for rehearing on October 16, 2015. We issued our opinion and judgment on September 9, 2015.

A motion for rehearing must be filed within fifteen days after the judgment of the court of appeals is rendered. TEX. R. APP. P. 49.8. A motion for extension of time to file a motion for rehearing must be filed within fifteen days after the last date for filing the motion for rehearing. TEX. R. APP. P. 49.8. Thus, any motion for extension of time to file a motion for rehearing was due on October 9, 2015. Appellant's motion for extension of time to file a motion for rehearing was not timely filed. The motion is therefore DENIED.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of November, 2015.

_____
Keith E. Hottle
Clerk of Court